**No. 47246.**—Protests 961213–G, etc., of Continental Grain Co. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47247.**—Protests 770559–G, etc., of American Fruit Growers, Inc., et al. (St. Louis, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 28, 1942

**No. 47248.**—Protests 43360–K, etc., of A. M. Sachs et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47249.**—Protests 65779–K, etc., of Products Trading Corp. et al. (Philadelphia, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 28, 1942

**No. 47250.**—Petition 6256–R of Mexican Products Co. (Laredo).

Opinion by KEEFE, J. It appeared that the advances of the appraiser resulted from the disallowance of certain discounts. The petitioner testified that he consulted with the appraiser prior to making entry and that, in addition, every endeavor was made to obtain the foreign value of the articles. From a consideration of the evidence presented the court was of the opinion that in making the entries the petitioner was without intention to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.